**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| DIANA RING, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>*v.*<br>PINNACLE HOLDINGS, LTD.,<br><br>     Defendant. | Case No.: 1:26-cv-01090-CNS-TPO |

**PLAINTIFFS' JOINT STATEMENT REGARDING PROPOSED INTERIM CO-LEAD
CLASS COUNSEL APPOINTMENT**

Plaintiffs and the putative class, by and through their undersigned counsel, submit this joint statement in response to Your Honor's Order consolidating the Related Cases into the above-referenced Consolidated case (ECF No. 16) requesting that Plaintiffs' confirm their consent to the proposed leadership structure as outlined in Plaintiffs' Motion to Consolidate and Appoint Interim Co-Lead Class Counsel (ECF No. 7) (the "Motion").

On May 26, 2026, proposed interim co-lead class counsel met and conferred with all plaintiffs' counsel to confirm their consent to their appointment to Leanna Loginov, Esq., John J. Nelson, Esq., and Jeff Ostrow, Esq. as Interim Co-Lead Class Counsel on behalf of all Plaintiffs and the Putative Class. As indicated below through their signature, counsel for all Plaintiffs consent to the proposed leadership structure for the reasons set forth in Plaintiffs' joint Motion. Accordingly, Plaintiffs and the putative class respectfully request that the Court grant Plaintiffs' Motion to Appoint Leanna A. Loginov of Shamis & Gentile, P.A., John J. Nelson of Milberg, PLLC, and Jeff Ostrow of Kopelowitz Ostrow P.A. as Interim Co-Lead Class Counsel in the interests of judicial economy and efficiency.

Dated: May 26, 2026

Respectfully submitted,

**MILBERG PLLC**

*/s/ Gary M. Klinger*
Gary Michael Klinger
227 West Monroe Street
Suite 2100
Chicago, IL 60606
Email: gklinger@milberg.com

*Attorneys for Plaintiff and the Putative Class*

**CONSENTED TO AND AGREED:**

/s/ Leanna A. Loginov
**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave, Suite 705
Miami, FL 33132
Telephone (305) 479-2299
Direct (917) 628-5842
Email: lloginov@shamisgentile.com

*Proposed Co-Lead Class Counsel*

*/s/ Jeff Ostrow*
Jeff Ostrow
**KOPELOWITZ OSTROW P.A**.
One West Las Olas Boulevard
Suite 500
Fort Lauderdale, FL 33301
954-525-4100
Fax: 954-525-4300
Email: ostrow@kolawyers.com

*Proposed Co-Lead Class Counsel*

*/s/ Sean Short*
Sean Short
**SANFORD LAW FIRM, PLLC**
10800 Financial Centre Parkway
Kirkpatrick Plaza
Suite 510
Little Rock, AR 72211
501-221-0088
Email: sean@sanfordlawfirm.com

*/s/ John J. Nelson*
John J. Nelson
**MILBERG PLLC**
280 South Beverly Drive
Suite Penthouse
Beverly Hills, CA 90212
858-209-6941
Email: jnelson@milberg.com

*Proposed Co-Lead Class Counsel*

*/s/ Mark S. Reich*
Mark S. Reich
**LEVI & KORSINSKY LLP**
33 Whitehall Street, 27th Floor
New York, NY 10004
212-363-7500
Email: mreich@zlk.com

*Attorneys for Plaintiff and the Putative Class*

*/s/ Liberato P. Verderame*
Liberato P. Verderame

*/s/ Marc Edelson*
Marc Edelson
**EDELSON LECHTZIN LLP**
411 South State Street
Suite N-300
Newtown, PA 18940

*Attorneys for Plaintiff and the Putative Class*

215-867-2399
Email: lverderame@edelson-law.com

*Attorneys for Plaintiff and the Putative Class*