**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| DIANA RING, *et al.*, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>PINNACLE HOLDINGS, LTD.,<br><br>    Defendant. | Case No.: 26-cv-01090-CNS-TPO<br>(lead consolidated case) |

### ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiffs.

Dated: July 8, 2026                                      Respectfully submitted,

By: */s/ Jonathan M. Streisfeld*
Jonathan M. Streisfeld
**KOPELOWTIZ OSTROW P.A.**
1 West Las Olas Blvd., Ste. 500
Fort Lauderdale, FL 33301
Tel: 954.332.4200
ostrow@kolawyers.com

### CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

*/s/ Jonathan M. Streisfeld*
Jonathan M. Streisfeld

1