AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| DIANE RING | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    1:26-cv-1090-CNS-TPO |
| PINNACLE HOLDINGS, LTD. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Jessica Zimmerman                                                                           .

Date:     07/10/2026

/s/ Melissa G. Meyer
*Attorney's signature*

Melissa G. Meyer (NY 5736483)
*Printed name and bar number*

LEVI & KORSINSKY, LLP
33 Whitehall St., 27th Floor
New York, NY 10004

*Address*

mmeyer@zlk.com
*E-mail address*

(212) 363-7500
*Telephone number*

(212) 363-7171
*FAX number*