IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Timothy P. O'Hara**

Civil Action: 26-cv-01090-CNS-TPO          Date: July 13, 2026
Courtroom Deputy: Jesse Torres             FTR – Courtroom C402

| *Parties:* | *Counsel:* |
|---|---|
| DIANA RING, | Jonathan Streisfeld (by video |
| LOUIS JOHNSON III, | teleconference) |
| ARTHUR GONZALES JR., and | John Nelson (by video |
| BRENDA FORBES, | teleconference) |
| | |
|    Plaintiffs, | |
| | |
| and | |
| | |
| LISA BARLOW, | |
| MARIANN OXFORD, | |
| WILLIAM BUTSCH II, | |
| JESSICA ZIMMERMAN, and | |
| GIOVANNA J. WILLIAMS, | |
| | |
|    Consolidated Plaintiffs, | |
| | |
| v. | |
| | |
| PINNACLE HOLDINGS, LTD., | James Davidson (by telephone) |
| | |
|    Defendant. | |

---

## COURTROOM MINUTES

---

**SCHEDULING CONFERENCE**

**Court in session: 1:11 p.m.**

Court calls case. Appearances of counsel.

Discussion is held regarding the parties' proposed Scheduling Order.

Discussion is held regarding the Court's discovery dispute resolution and settlement conference procedures.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for Joinder of Parties/Amendment of Pleadings: **November 16, 2026**
Fact Discovery Cut-off: **January 15, 2027**
Plaintiffs shall designate affirmative experts **on or before March 15, 2027.**
Defendant shall designate affirmative experts **on or before May 14, 2027.**
Plaintiffs shall designate rebuttal experts **on or before May 14, 2027.**
Defendant shall designate rebuttal experts **on or before July 13, 2027.**
Expert Discovery Cut-off: **August 13, 2027**
Dispositive Motion Notice Deadline: **August 24, 2027**
Ten days after the close of discovery: A party seeking to file a motion for summary judgment must email Judge Sweeney's Chambers to inform the Court of their intent to file such motion. If no party seeks to file a summary judgment motion, Counsel shall jointly contact Judge Sweeney's chambers to obtain dates for trial and a trial preparation conference.

A Status Conference is set for **October 20, 2026, at 1:00 p.m.** before U.S. Magistrate Judge Timothy P. O'Hara in Courtroom C-402, on the fourth floor of the Byron G. Rogers United States Courthouse at 1929 Stout Street, Denver, Colorado. Counsel shall be prepared to discuss potential Motions to Stay, Motions to Dismiss, pretrial deadlines, discovery limitations, and any other discovery issues that may arise.

**<u>FINAL PRETRIAL CONFERENCE</u>** will be set by the chambers of Judge Sweeney. Counsel shall jointly email Judge Sweeney's chambers within 24 hours of the scheduling conference to obtain a date for a Final Pretrial Conference.

Discussion is held regarding the potential for Plaintiffs to file a Motion for Leave to Amend for the sole purpose of correcting the case caption. Defense counsel advises the Court that he would not oppose such a motion. The Court directs counsel to continue conferral on this matter.

HEARING CONCLUDED.

**Court in recess: 1:48 p.m.**
Total time in court: 00:36

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 815-0487, [scheduling@pattersontranscription.com](mailto:scheduling@pattersontranscription.com); or AB Litigation Services at (303) 629-8534.*