**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| DIANA RING, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PINNACLE HOLDINGS, LTD.,<br><br>Defendant. | **Case No.: 1:26-cv-01090-CNS-TPO** |

**JOINT MOTION FOR PROTECTIVE ORDER GOVERNING THE EXCHANGE OF CONFIDENTIAL INFORMATION DURING LITIGATION**

Pursuant to § V.5. of the Uniform Civil Practice Standards of the United States Magistrate Judges, Plaintiffs and Defendant Pinnacle Holdings, LTD. ("Defendant") (collectively "Parties"), by and through their attorneys of record, jointly move for an order approving their proposed Protective Order Governing the Exchange of Confidential Information During Litigation for this Action. It is modeled after the Court's model protective order with some modifications the Parties respectfully request be incorporated. The Parties are in complete agreement with the proposed Protective Order, a copy of which is attached as ***Exhibit A***.

DATED: August 31, 2026

Respectfully submitted,

By: */s/ Jeff Ostrow*
Jeff Ostrow
**KOPELOWITZ OSTROW P.A.**
1 West Las Olas Blvd., Ste. 500
Fort Lauderdale, FL 33301
Tel: (954) 332-4200
ostrow@kolawyers.com

Leanna A. Loginov
**SHAMIS & GENTILE, P.A.**

By: */s/ James W. Davidson*
James W. Davidson
**O'HAGAN MEYER LLC**
One East Wacker Drive
Suite 3400
Chicago, IL 60601
Tel: (312) 422-6100
jdavidson@ohaganmeyer.com

*Counsel for Defendant*

14 NE 1st Ave, Suite 705
Miami, FL 33132
Tel.: (305) 479-2299
lloginov@shamisgentile.com

John J. Nelson
**MILBERG, PLLC**
280 S. Beverly Drive, Penthouse
Beverly Hills, CA 90212
Tel.: (858) 209-6941
jnelson@milberg.com

*Interim Co-Lead Class Counsel*