IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01090-CNS-TPO (lead consolidated case)

DIANA RING, *et al.*,
individually and on behalf of all others similarly situated,

Plaintiffs,

v.

PINNACLE HOLDINGS, LTD.,

Defendant.

---

**MINUTE ORDER**

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on September 4, 2026.**

For good cause shown, the Parties' Joint Motion for Protective Order [ECF 32] is **granted**. The Court will enter the Parties' proposed protective order separately.

Also before this Court is the Parties' ESI protocol stipulation. ECF 33. This Court enters the Parties' proposed stipulated order separately.