IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| DIANA RING, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PINNACLE HOLDINGS, LTD.,<br><br>Defendant. | No. 1:26-cv-01090-CNS-TPO |

**JOINT MOTION TO EXTEND DEADLINES**
**TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND REPLY IN SUPPORT OF DEFENDANT'S MOTION TO STAY DISCOVERY**

Plaintiffs Diana Ring, William Butsch II, Giovanna Williams, Louis Johnson III, Brenda Forbes, and Arthur Gonzalez Jr. ("Plaintiffs"), and Defendant, Pinnacle Holdings, Ltd. ("Defendant"), through their undersigned counsel, respectfully request this Honorable Court, pursuant to Fed. R. Civ. P. 6 and D.C.COLO.LCivR 6.1, grant a 30-day extension of time for Plaintiffs to file their opposition to Defendant's Motion to Dismiss until, and including, October 23, 2026, and for Defendant to file its Reply in Support of Defendant's Motion to Stay Discovery until and including, October 30, 2026. In support of this joint motion, the Parties state as follows:

1. Plaintiffs filed their Consolidated Class Action Complaint on July 10, 2026. ECF No. 24.

2. Defendant filed its Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint on August 24, 2026, and its Motion to Stay Discovery on August 26, 2026. ECF No. 28, 30.

3. Following the filing of Defendant's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint, the Parties began discussing the potential for early resolution.

4. In light of ongoing settlement negotiations, the Plaintiffs request an extension of their deadline to file their opposition to Defendant's Motion to Dismiss, and Defendant requests an extension of its deadline to file its Reply in Support of its Motion to Stay Discovery.

5. The requested extensions will allow the parties to continue exploring a possible settlement, with the shared goal of resolving the dispute efficiently and avoiding the burden of further litigation costs and fees.

6. This is the Parties' first request for an extension of these deadlines.

7. This request is made in good faith and not for the purpose of delay. The extensions will facilitate the fair and orderly resolution of the matter and will not result in prejudice to any party.

WHEREFORE, the Parties respectfully request that this Court grant their motion for extension of time for Plaintiffs to file their opposition to Defendant's Motion to Dismiss until, and including, October 23, 2026, and for Defendant to file its Reply in Support of Defendant's Motion to Stay Discovery until and including, October 30, 2026, and grant such additional relief as this Court deems just.

DATED: September 21, 2026

By: /s/ John J. Nelson
John J. Nelson
**MILBERG, PLLC**
280 S. Beverly Drive, Penthouse
Beverly Hills, CA 90212
Telephone: 858.209.6941
Email: jnelson@milberg.com

Leanna A. Loginov
**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave, Suite 705
Miami, FL 33132
Telephone: 305.479.2299
Email: lloginov@shamisgentile.com

Jeff Ostrow
Jonathan M. Streisfeld
**KOPELOWITZ OSTROW P.A.**
1 West Las Olas Blvd., Ste. 500
Fort Lauderdale, FL 33301
Telephone: 954.332.4200
Email: ostrow@kolawyers.com
Email: streisfeld@kolawyers.com

*Interim Co-Lead Class Counsel*

/s/ James W. Davidson
James W. Davidson
**O'HAGAN MEYER LLC**
One East Wacker Drive, Suite 3400
Chicago, IL 60601
Tel: (312) 422-6100
jdavidson@ohaganmeyer.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of September 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record. Additionally, pursuant to D.C.COLO.LCivR 6.1(c), a true and correct copy of the foregoing was electronically served upon Defendant Pinnacle Holdings, Ltd.

By: *<u>/s/ John J. Nelson</u>*