IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01090-CNS-TPO (lead consolidated case)

DIANA RING, *et al.*,
individually and on behalf of all others similarly situated,

Plaintiffs,

v.

PINNACLE HOLDINGS, LTD.,

Defendant.

---

**MINUTE ORDER**

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on September 22, 2026.**

For good cause shown, the Parties' Joint Motion to Extend Deadlines [ECF 39] is **granted**.

The deadline for Plaintiffs to file their response to Defendant's Motion to Dismiss [ECF 28] is **extended** to **October 23, 2026**.

The deadline for Defendant to file its reply in support of its Motion to Stay [ECF 30] is **extended** to **October 30, 2026**.