IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Timothy P. O'Hara**

Civil Action: 26-cv-01090-CNS-TPO | Date: October 20, 2026
Courtroom Deputy: Jesse Torres | FTR: Courtroom C402

| *Parties:* | *Counsel:* |
| --- | --- |
| DIANA RING,<br>LOUIS JOHNSON III,<br>ARTHUR GONZALES JR., and<br>BRENDA FORBES,<br><br>Plaintiff,<br><br>and<br><br>LISA BARLOW,<br>MARIANN OXFORD,<br>WILLIAM BUTSCH II,<br>JESSICA ZIMMERMAN, and<br>GIOVANNA J. WILLIAMS,<br><br>Consolidated Plaintiffs,<br><br>v. | John Nelson |
| PINNACLE HOLDINGS, LTD.,<br><br>Defendant. | James Davidson |

## COURTROOM MINUTES

**STATUS CONFERENCE**

**Court in session: 2:07 p.m.**

Court calls case. Appearances of counsel.

This matter is before the Court regarding the status of the case.

Discussion is held regarding the Parties' intent to file a joint Motion to Stay pending private mediation, which counsel anticipates will occur by January 25, 2027. The Court directs counsel

to confer further on this issue and to seek any stay of proceedings by way of written joint motion, as discussed on the record.

HEARING CONCLUDED.

**Court in recess: 2:19 p.m.**
Total time in court: 00:12

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 815-0487, scheduling@pattersontranscription.com; or AB Litigation Services at (303) 629-8534.*