IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

DIANA RING, et al., individually and on behalf of all others similarly situated,

Plaintiffs,

v.

PINNACLE HOLDINGS, LTD.,

Defendant.

No. 1:26-cv-01090-CNS-TPO

**JOINT MOTION TO STAY AND VACATE DEADLINES PENDING MEDIATION**

Plaintiffs Diana Ring, William Butsch II, Giovanna Williams, Louis Johnson III, Brenda Forbes, and Arthur Gonzalez Jr. ("Plaintiffs"), and Defendant, Pinnacle Holdings, Ltd. ("Defendant"), through their undersigned counsel, respectfully request this Honorable Court, pursuant to Fed. R. Civ. P. 6 and D.C.COLO.LCivR 6.1, grant a stay of this case, including Plaintiffs' deadline to file their opposition to Defendant's pending Motion to Dismiss and Defendant's reply in support of its Motion to Stay Discovery, to allow for the conservation of Party and judicial resources while the Parties engage in mediation. In support of this joint motion, the Parties state as follows:

1. Plaintiffs filed their Consolidated Class Action Complaint on July 10, 2026. ECF No. 24.

2. Defendant filed its Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint on August 24, 2026, and its Motion to Stay Discovery on August 26, 2026. ECF No. 28, 30.

3. Following the filing of Defendant's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint, the Parties began discussing the potential for early resolution. The Parties have agreed to engage in private mediation with Jill Sperber of Judicate West and are currently working to secure a mediation date within the first three weeks of January 2027.

4. In the interest of preserving party and judicial resources, the Parties believe that a stay of this action, including all current deadlines, pending the conclusion of mediation, will foster the possibility of settlement before any further proceedings.

5. The Parties, therefore, respectfully request a stay of this action pending the conclusion of mediation.

6. Once a mediation date is secured, the Parties will promptly file a brief status update with the Court notifying it of the scheduled mediation date.

7. The Parties will file a joint status report within three (3) days of the mediation taking place informing the Court as to the status of negotiations and, should mediation be unsuccessful, will propose case management deadlines to the Court.

8. This Joint Motion to Stay is not submitted for any purposes of delay, but rather to facilitate the fair and orderly resolution of the matter and to preserve both party and judicial resources. The requested stay will not result in prejudice to any party.

9. WHEREFORE, the Parties respectfully request that this Honorable Court stay this action, including all current deadlines, pending the conclusion of mediation.

DATED: October 21, 2026

By: *<u>/s/ Leanna Loginov</u>*

Leanna A. Loginov
**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave, Suite 705
Miami, FL 33132
Telephone: 305.479.2299
Email: lloginov@shamisgentile.com

Jeff Ostrow
Jonathan M. Streisfeld
**KOPELOWITZ OSTROW P.A.**
1 West Las Olas Blvd., Ste. 500
Fort Lauderdale, FL 33301
Telephone: 954.332.4200
Email: ostrow@kolawyers.com
Email: streisfeld@kolawyers.com

John J. Nelson
**MILBERG, PLLC**
280 S. Beverly Drive, Penthouse
Beverly Hills, CA 90212
Telephone: 858.209.6941
Email: jnelson@milberg.com

*Interim Co-Lead Class Counsel*

*/s/ James W. Davidson*
James W. Davidson
O'HAGAN MEYER LLC
One East Wacker Drive, Suite 3400
Chicago, IL 60601
Tel: (312) 422-6100
jdavidson@ohaganmeyer.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of October 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record. Additionally, pursuant to

D.C.COLO.LCivR 6.1(c), a true and correct copy of the foregoing was electronically served upon Plaintiffs Diana Ring, William Butsch II, Giovanna Williams, Louis Johnson III, Brenda Forbes, and Arthur Gonzalez Jr.

By: *<u>/s/ Leanna Loginov</u>*
Leanna Loginov