IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| DIANA RING, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PINNACLE HOLDINGS, LTD.,<br><br>Defendant. | No. 1:26-cv-01090-CNS-TPO |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY PENDING MEDIATION**

THIS MATTER comes before the Court on the Joint Motion to Stay Pending Mediation filed by Plaintiffs Diana Ring, William Butsch II, Giovanna Williams, Louis Johnson III, Brenda Forbes, and Arthur Gonzalez Jr. and Defendant Pinnacle Holdings, Ltd. It is hereby ORDERED as follows:

1. The Joint Motion to Stay Pending Mediation is GRANTED.

2. This action, including all current deadlines, is STAYED pending the conclusion of mediation.

3. Once a mediation date is secured, the Parties shall promptly file a brief status update notifying the Court of the scheduled mediation date.

4. The Parties shall file a joint status report within three days of the mediation taking place and, should mediation be unsuccessful, the Parties should propose case management deadlines to the Court.

DATED this ____ day of _______________, 2026.

________________________________________
United States District Judge