IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01090-CNS-TPO (lead consolidated case)

DIANA RING, *et al*.,
individually and on behalf of all others similarly situated,

Plaintiffs,

v.

PINNACLE HOLDINGS, LTD.,

Defendant.

---

**MINUTE ORDER**

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on October 22, 2026.**

Before this Court is the Parties' Joint Motion to Stay and Vacate Deadlines Pending Mediation. ECF 44. The Parties request a stay of all deadlines to allow time for private mediation.

D.C.Colo.L.Civ.R. 16.6(a) permits a stay in this situation for the purpose of facilitating the settlement process.

More generally, a court has broad discretion to stay proceedings as an incident to its power to control its own docket. *Clinton v. Jones,* 520 U.S. 681, 706-07 (1997) (citing *Landis v. North American Co.,* 299 U.S. 248, 254 (1936)). The test that *String Cheese Incident, LLC v. Stylus Shows, Inc.*, 2006 WL 894955, at *2 (D. Colo. Mar. 30, 2006) sets forth provides guidance on whether a stay is warranted. This Court finds good cause for entering the stay under the *String Cheese* standard. The stay facilitates the settlement process by reducing litigation expenses, and it will give the Parties time to pursue the settlement negotiation process. Because all Parties ask for the stay, there will be no prejudice to anyone from the delay. It also allows the conservation of judicial resources which benefits the public, as well. The Court discerns no non-party with a significant particularized interest that would warrant denying the requested stay.

For good cause shown, the Motion [ECF 44] is **granted** and this case is **stayed.** All deadlines are stayed including the deadline for Plaintiffs to respond to the Motion to Dismiss [ECF 28] and for Defendant to reply in support of its Motion to Stay Discovery [ECF 30].

Should the Parties not settle the case, then within **seven days after mediation**, they shall file a joint motion to lift the stay; to set new pre-trial deadlines; and to set new deadlines for the briefing of the pending motions. Conversely, if the Parties do settle the case, then within the same time frame, they shall file a Notice of Settlement.